| | |
|---|---|
| 1 | KEVIN D. RISING (SBN 211663) |
| | kevin.rising@btlaw.com |
| 2 | MARK W. WALLIN (SBN 331915) |
| | mark.wallin@btlaw.com |
| 3 | CAROLINE C. DICKEY (SBN 301721) |
| | caroline.dickey@btlaw.com |
| 4 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 5 | Los Angeles, California 90067 |
| | Telephone: 310-284-3880 |
| 6 | Facsimile: 310-284-3894 |
| 7 | Attorneys for Defendant |
| | VEEVA SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCE TIDYMAN, | Case No. 3:24-cv-01583-CRB |
| Plaintiff, | **DEFENDANT'S REQUEST TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY THE CASE, AND/OR STRIKE THE COLLECTIVE ACTION ALLEGATIONS** |
| vs. | |
| VEEVA SYSTEMS, INC., a California corporation; and DOES 1 through 50 | Date:        August 9, 2024<br>Time:        10:00 a.m.<br>Courtroom: 6<br>Judge:       Hon. Charles R. Breyer |
| Defendants. | *[Filed concurrently with [Proposed] Order]* |
| | Complaint Filed: March 14, 2024<br>Trial Date: Not Set |

1
DEFENDANT'S REQUEST TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY THE CASE, AND/OR STRIKE THE COLLECTIVE ACTION ALLEGATIONS

Defendant Veeva Systems, Inc. ("Veeva") respectfully requests that the Court grant it leave to file a reply brief in support of its Motion to Stay the Case, and/or Strike the Collective Action Allegations ("Motion"), based on the following circumstances.

On May 28, 2024, Veeva filed its Motion and supporting documents. (Dkt. Nos. 15-16.) Pursuant to Local Rule 7-3(a), Plaintiff Chance Tidyman's ("Plaintiff") Opposition was due by June 11, 2024. However, Plaintiff failed to file an Opposition by that time, and so on June 17, 2024 (the deadline for Veeva's Reply), Veeva filed a Notice of Non-Opposition in lieu of a Reply. (Dkt. No. 17.) On June 24, 2024, the Court issued an Order to Show Cause by July 1, 2024 as to why the Court should not grant the Motion. (Dkt. No. 18.) On July 1, 2024, Plaintiff filed his substantive Opposition to Veeva's Motion, along with the Declaration of Shane K. Anderies. (Dkt. Nos. 19-20.)

Veeva therefore requests that the Court grant it an opportunity to substantively respond to Plaintiff's Opposition in advance of the hearing on August 9, 2024.

Dated: July 16, 2024

**BARNES & THORNBURG LLP**

By: */s/ Caroline C. Dickey*
    Kevin D. Rising
    Mark W. Wallin
    Caroline C. Dickey
    Attorneys for Defendant
    VEEVA SYSTEMS, INC.

DEFENDANT'S REQUEST TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY THE CASE, AND/OR STRIKE THE COLLECTIVE ACTION ALLEGATIONS