IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCE TIDYMAN, et al., <br>     Plaintiffs, <br>   v. <br> VEEVA SYSTEMS, INC., <br>     Defendant. | Case No. 24-cv-01583-CRB <br><br> **ORDER RE STATUS REPORT** |

The parties have submitted a status report alerting the Court that the related Alameda County Superior Court case (No. 22CV009065) has concluded, and that Plaintiff Chance Tidyman intends to appeal the judgment. See Status (dkt. 26) at 2. The stay in this case will remain in place. The parties are directed to file an additional status report with this Court within ten days of the conclusion of the appeal of the state court case.

**IT IS SO ORDERED.**

Dated: February 27, 2025



CHARLES R. BREYER
United States District Judge